No. 16-1346

In The
# United States Court of Appeals
# for the Federal Circuit

REGENERON PHARMACEUTICALS, INC.,

          Plaintiff-Appellant,

v.

MERUS B.V.,

          Defendant-Appellee.

Appeal from the United States District Court for the
Southern District of New York
No. 1:14-cv-01650
Judge Katherine B. Forrest

**NOTICE OF INTENT TO FILE BRIEFS ON CD-ROM**

          Neal Kumar Katyal
          Morgan L. Goodspeed
          Matthew A. Shapiro
          HOGAN LOVELLS US LLP
          555 Thirteenth Street, N.W.
          Washington, D.C. 20004
          (202) 637-5600

          *Counsel for Plaintiff-Appellant*
Dated:  December 30, 2015          *Regeneron Pharmaceuticals, Inc.*

Pursuant to Federal Circuit Rule 32(e)(1), plaintiff-appellant Regeneron Pharmaceuticals, Inc., hereby gives notice of its intent to file corresponding opening and reply briefs on a compact disc-read only memory (CD-ROM). Defendant-appellee Merus B.V. consents.

Respectfully submitted,

/s/ Neal Kumar Katyal

Neal Kumar Katyal
Morgan L. Goodspeed
Matthew A. Shapiro
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

*Counsel for Plaintiff-Appellant*
*Regeneron Pharmaceuticals, Inc.*

Dated: December 30, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on __December 30, 2015__ by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Neal Kumar Katyal | /s/ Neal Kumar Katyal |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hogan Lovells US LLP |
| Address | 555 Thirteenth Street, N.W. |
| City, State, Zip | Washington, DC 20004 |
| Telephone Number | (202) 637-5528 |
| Fax Number | (202) 637-5910 |
| E-Mail Address | neal.katyal@hoganlovells.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields